UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EVOLUTION CAPITAL MANAGEMENT, LLC,
EVOLUTION CDC SPV LTD., GLOBAL
OPPORTUNITIES FUND LTD., SPC, SEGREGATED
PORTFOLIO M (f/k/a "EVOLUTION MASTER FUND
LTD., SPC, SEGREGATED PORTFOLIO M"), EVO      Civil Action No. 12-CV-4841 (AJN)
CHINA FUND, and E1 FUND LTD.,

                Plaintiffs,

    v.

CDC SOFTWARE CORPORATION, WONG CHUNG
KIU (a/k/a "C.K. WONG"), YIP HAK YUNG (a/k/a
"PETER YIP"), ASIA PACIFIC ONLINE LIMITED (a/k/a
"ASIA PACIFIC ON-LINE LIMITED"), CH'IEN KUO
FUNG (a/k/a "RAYMOND CH'IEN"), FRANCIS KWOK-
YU AU, DONALD L. NOVAJOSKY, MONISH BAHL,
THOMAS M. BRITT III, WONG KWONG CHI BAHL,
THOMAS M. BRITT III, WONG KWONG CHI (a/k/a
"SIMON WONG"), and WANG CHEUNG YUE (a/k/a
"FRED WANG"),

                Defendants.

------------------------------------x

## CERTIFICATE OF SERVICE

I, Avi Israeli, hereby certify that on June 21, 2012, I caused a copy of defendant Asia Pacific Online Limited's Notice of Removal to be served on the following individual and counsel of record by first class mail:

Aaron M. Zeisler
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

*Attorneys for Plaintiffs*

Matthew Solum
Kirkland and Ellis
601 Lexington Ave.
New York, NY 10022-4611

*Attorneys for Defendant*
*CDC Software Corp*

Francis Kwok-Yu Au
1808 St. Albans Road
San Marino, CA 91108

Steve Estep
Cohen Cooper Estep & Allen
3330 Cumberland Blvd., Suite 600
Atlanta, GA 30339

*Attorneys for Defendant*
*Monish Bahl*

| | |
|---|---|
| Charles T. Spada<br>Lankler Siffert & Wohl LLP<br>500 Fifth Avenue<br>New York, NY 10110<br><br>*Attorneys for Defendant*<br>*Donald L. Novajosky* | Christopher G. Karagheuzoff<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br><br>*Attorneys for Defendants Thomas M. Britt,*<br>*Wong Chung Kiu, Ch'ien Kuo Fung, Wong*<br>*Kwong Chi, and Wang Cheung Yue* |

Dated: June 25, 2012

                                                  s/ Avi Israeli
                                                  Avi Israeli