AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Evolution Capital Management, LLC et al <br> *Plaintiff* <br> v. <br> CDC Software Corporation et al <br> *Defendant* | ) ) ) ) ) ) Case No.  1:12-cv-04841-AJN |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:  07/03/2012

S/ Aaron M. Zeisler
*Attorney's signature*

Aaron M. Zeisler, AZ8818
*Printed name and bar number*

230 Park Avenue
New York, New York 10169
*Address*

azeisler@ssbb.com
*E-mail address*

(212) 404-8737
*Telephone number*

(212) 818-9606
*FAX number*